HENNIGAN, BENNETT & DORMAN LLP
BRUCE BENNETT (State Bar No. 105430)
bennettb@hbdlawyers.com
MONIKA WIENER (State Bar No. 211467)
wienerm@hbdlawyers.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Fax: (213) 694-1234

Attorneys for Defendant Rassol, LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>NAMCO CAPITAL GROUP, INC., a California corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:08-bk-32333-BR |
| BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC., R. TODD NEILSON, CHAPTER 11 TRUSTEE OF EZRI NAMVAR, WALL STREET MART LP, a California Limited Partnership, BESHMADA, LLC, a California limited liability company<br><br>Plaintiffs,<br><br>vs.<br><br>RASSOL, LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Pro. No. 2:09-ap 03525-BR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT RASSOL, LLC TO RESPOND TO ADVERSARY COMPLAINT** |

This stipulation (the "Stipulation") is entered by and between defendant Rassol, LLC ("Rassol") and plaintiffs Bradley D. Sharp (in his capacity as Chapter 11 Trustee for Namco Capital Group, Inc.), R. Todd Neilson (in his capacity as Chapter 11 Trustee for the estate of Ezri Namvar),

HBDDOCS\775380.1

1  Wall Street Mart, L.P., and Beshmada, LLC (collectively, "Plaintiffs," and together with Rassol, the
2  "Parties"), by and through their respective counsel, with reference to the following facts:

3      1.    On or about November 20, 2009, plaintiff Wall Street Mart, L.P. ("Wall Street") filed
4  a voluntary petition in this Court under Chapter 11 of the United States Bankruptcy Code,
5  commencing Case No. 09-42717-BR (the "Wall Street Chapter 11 Case").

6      2.    On or about December 23, 2009, Rassol filed and served a Motion for Relief From
7  Automatic Stay ("Stay Relief Motion") in the Wall Street Chapter 11 Case, seeking relief from the
8  automatic stay to foreclose on certain property--consisting of 80% of Wall Street's membership
9  interests in certain subsidiary entities holding valuable real property interests (the "Pledged
10 Assets")--in which Rassol asserts a valid, perfected security interest.

11     3.    On or about December 23, 2009, Plaintiffs filed a complaint (the "Adversary
12 Complaint") against Rassol, commencing the above-captioned adversary proceeding. The
13 Adversary Complaint seeks, *inter alia*, to avoid the prepetition transfer of a security interest in the
14 Pledged Assets from Wall Street to Rassol as an allegedly fraudulent and/or preferential transfer.

15     4.    The Adversary Complaint, together with a Summons And Notice Of Status
16 Conference (the "Summons") thereon, was thereafter duly served on defendant Rassol, LLC
17 ("Rassol"). The Summons indicates that the deadline for Rassol to file and serve a pleading in
18 response to the Adversary Complaint is January 29, 2010.

19     5.    Thereafter, Rassol retained Hennigan, Bennett & Dorman LLP ("HBD") as counsel
20 in the above matter to replace its existing counsel, Kaye Scholer LLP, and accordingly filed a
21 Substitution of Attorney in the Wall Street Chapter 11 Case on January 26, 2010.

22     6.    HBD has requested, and Plaintiffs have agreed to provide, additional time for Rassol
23 to answer or otherwise respond to the Adversary Complaint in order to allow HBD a sufficient
24 opportunity to become familiar with the issues raised by the Adversary Complaint, the Stay Relief
25 Motion, and other related matters, and to engage in further discussions with Plaintiffs' counsel.

HBDDOCS\775380.1

1
2  Based upon the above facts, IT IS HEREBY STIPULATED AND AGREED that the time
3 for Rassol to answer or otherwise respond to the Adversary Complaint shall be extended up to and
4 including **February 19, 2010**, or such other date as the Court may order.
5
6 DATED: __1/28__, 2010    JEFFER, MANGELS, BUTLER & MARMARO LLP
7            David M. Poitras
8
9
10            By: _____
              David M. Poitras
11            Attorneys for Bradley D. Sharp, Plaintiff and
            Ch. 11 Trustee for Namco Capital Group, Inc.
12 DATED: __1/28__, 2010    DANNING, GILL, DIAMOND & KOLLITZ, LLP
13            Richard K. Diamond
14
15
16            By: _____
17              Richard K. Diamond
18            Attorneys for R. Todd Neilson, Plaintiff and Ch.
            11 Trustee for Ezri Namvar
19
20 DATED: __1/29__, 2010    ARENT FOX LLP
            Aram Ordubegian
21            Andy S. Kong
22
23            By: /s/ Aram Ordubegian
              Aram Ordubegian
24
            Attorneys for Plaintiff Wall Street Mart, L.P.
25
26
27
28

Hennigan, Bennett & Dorman llp
lawyers
los angeles, california

-3-

HBDDOCS\775380.1

DATED: January 29, 2010

LAW OFFICES OF DAVID W. MEADOWS
David W. Meadows

By: /s/ David W. Meadows
David W. Meadows

Attorneys for Plaintiff Beshmada, LLC

DATED: Jan. 29, 2010

HENNIGAN, BENNETT & DORMAN LLP
Bruce Bennett
Monika Wiener

By: _____
Monika Wiener

Attorneys for Defendant Rassol, LLC

HBDDOCS\775380.1

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation<br>                                                                Debtor(s).<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. ET AL.<br>VS. RASSOL, LLC | CHAPTER 11<br><br>CASE NUMBER 2:08-bk-32333-BR<br>ADV CASE NUMBER: 2:09-AP-03525-BR |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:


A true and correct copy of the foregoing document described STIPULATION TO EXTEND TIME FOR DEFENDANT RASSOL, LLC TO RESPOND TO ADVERSARY COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 29, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 29, 2010 | Cecily Harrison | *Cecily Harrison* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                              F 9013-3.1

| In re:<br>NAMCO CAPITAL GROUP, INC., a California corporation<br>Debtor(s).<br>BRADLEY D. SHARP, CHAPTER 11 TRUSTEE OF NAMCO CAPITAL GROUP, INC. ET AL.<br>VS. RASSOL, LLC | CHAPTER 11<br>CASE NUMBER 2:08-bk-32333-BR<br>ADV CASE NUMBER: 2:09-AP-03525-BR |
|---|---|

## ADDITIONAL SERVICE INFORMATION

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):

Alicia Clough  alicia.clough@kayescholer.com
Richard K. Diamond  rdiamond@dgdk.com
Ronald L. Leibow  rleibow@kayescholer.com
David W. Meadows  david@davidwmeadoewslaw.com
Aram Ordubegian  ordubegian.aram@arentfox.com
David M. Poitras  dpoitras@jmbm.com
United States Trustee (LA)  ustpregion16.1a.ecf@usdoj.gov

### II. TO BE SERVED BY MESSENGER:

**JUDGE**
The Hon. Barry Russell
U.S. Bankruptcy Court
Roybal Federal Building
255 East Temple Street, Suite 1660
Los Angeles, CA 90012

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1